UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:24-CR-85-D

UNITED STATES OF AMERICA

v.

**ORDER**

SHAQUILLE DAJA AQUILLE STEWART

Upon motion of the United States and for good cause shown, the Clerk is hereby ORDERED to seal Docket Entry 49.

IT IS SO ORDERED, this _20_ day of __May__, 2026.

_____
JAMES C. DEVER III
United States District Judge